AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILFREDO MARQUEZ | DOCKET NO. | M 16 00027 |
| | MAGISTRATE'S CASE NO. | |

Complaint for Violation of Title 18, United States Code, Section 1708

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE ANDREW J. WISTRICH | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|
| DATE OF OFFENSE<br>January 7, 2016 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1708]

On or about January 7, 2016, in Los Angeles County, within the Central District of California, defendant WILFREDO MARQUEZ ("MARQUEZ") unlawfully possessed mail that had been stolen from an authorized depository for mail matter, namely, mail addressed to various individuals and businesses, both within Los Angeles County and elsewhere, and at the time and place defendant MARQUEZ knew that said mail was stolen, in violation of Title 18, United States Code, Section 1708.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint.)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JARROD J. RESENDEZ |
|---|---|
| | OFFICIAL TITLE<br>Postal Inspector, United States Postal Inspection Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>ANDREW J. WISTRICH | DATE<br>January 8, 2016 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA Sandhya Ramadas (x6920)  REC: Detention

## AFFIDAVIT

I, Jarrod Resendez, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a United States Postal Inspector ("Postal Inspector") employed by the Los Angeles Division of the United States Postal Inspection Service ("USPIS"), Mail Theft Team. I have been so employed since August 2010. In this capacity, my responsibilities include the investigation of crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of United States mail, possession of stolen United States mail, access device fraud, and identity theft. During my career as a Postal Inspector, I have participated in investigations of mail theft, access device fraud, and identity theft. Additionally, I have received both formal and informal training from the USPIS regarding mail and identity theft.

### II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against and arrest warrant for WILFREDO MARQUEZ ("MARQUEZ") for a violation of 18 U.S.C. § 1708 (Possession of Stolen Mail).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there

is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

4. On January 7, 2016, Los Angeles County Sherriff's Department ("LASD") officers executed a search warrant at MARQUEZ's residence and found over 300 pieces of stolen mail and mail matter, including credit cards. During a post-arrest, Mirandized interview, MARQUEZ admitted that he stole the mail as a means of making money. MARQUEZ said he used the stolen credit cards to purchase gas and food. MARQUEZ admitted that he was just "getting started" in mail theft and that he worked alone.

### IV. STATEMENT OF PROBABLE CAUSE

A. Background

5. On January 7, 2016, the Los Angeles County Sherriff's Department ("LASD") contacted USPIS regarding the arrest of MARQUEZ. I responded to the call and went to LASD's Lost Hills Station to meet with the assigned detective Samuel Taylor and interview MARQUEZ. I learned, based on my conversations with the detective, that earlier that day, LASD officers had executed a search warrant at MARQUEZ's residence. On January 7, 2016, I took possession of all files and evidence related to the MARQUEZ case. Based on my conversations with LASD Detectives, and after reviewing the LASD search warrant for MARQUEZ's residence and

the files and evidence related to this case, including incident reports, I learned the following:

    a. On or about December 7, 2015, victim R.M. reported to deputies that his mailbox had been damaged and was empty of any mail. The victim was unsure if any mail had been stolen.

    b. Several days after the initial report, deputies again spoke with R.M. who informed them that a replacement Chase visa card that he was supposed to receive in the mail never arrived. R.M. explained that he called Chase and learned that the card had been activated and several unauthorized purchases had been made. R.M. provided deputies a list of all the unauthorized transactions including date, time, location and dollar amount. One of these transactions, dated December 8, 2015, was at a 7-11 convenience store located at 17710 Saticoy Street, Reseda, California 91355.

    c. On December 24, 2015, LASD Deputy Kristen Deschino went to the 7-11 convenience store located at 17710 Saticoy Street, Reseda, California 91355. Deputy Deschino recovered surveillance video from the store, and a receipt for a $9.83 transaction made on December 8, 2015. The receipt showed a purchase for two Lipton Brisk iced tea beverages and a pack of Camel Wide cigarettes. The surveillance video showed a male, possibly Hispanic, with facial hair and tattoos conduct the transaction. The male was accompanied by a female.

    d. According to the search warrant affidavit, Deputy Deschino showed photographs from the video to R.M. and he said

he did not know either of the individuals featured in the video, nor did he give the individuals permission to activate or use his card. R.M. told Deputy Deschino that he believed his card was stolen when someone pried open his mailbox.

        e.    In an attempt to identify the suspects, a special bulletin was created using stills from the 7-11 surveillance video and distributed to surrounding law enforcement agencies.

        f.    On or about December 29, 2015, LASD Detective Samuel Taylor ("Detective Taylor") was notified by LASD crime analyst Louise Ramirez that the photograph of the male suspect had been run through the Los Angeles Photo Manager facial recognition program. A hit was made on MARQUEZ showing his date of birth. Detective Taylor viewed a recent booking photo of MARQUEZ and it appeared to be the same individual depicted in the 7-11 surveillance video, based partially on the fact that MARQUEZ's booking photo showed a distinctive skull tattoo on his forearm which matched the surveillance video. Based on his review of the photos, Detective Taylor determined MARQUEZ to be the individual responsible for the fraudulent use of R.M.'s credit card.

    B.    **Stolen Mail and Mail Matter Found in MARQUEZ's Home**

    6.    Based on my conversations with LASD detectives as well as my review of the evidence and files in this matter, I know the following:

        a.    On January 7, 2015, LASD detectives obtained a search warrant for MARQUEZ's home, located in the city of

Reseda, California. The detectives were able to find MARQUEZ's address based on his July 2015 booking photo and the accompanying address provided by MARQUEZ. When detectives went to the residence, they saw a car in the driveway, ran the license plate of the vehicle, and confirmed the vehicle was registered to MARQUEZ. They executed the search warrant on January 7, 2015.

b. During LASD's search of MARQUEZ's residence, the deputies recovered mail and mail matter addressed to or in the names of various individuals other than MARQUEZ. The items included checks, credit cards, driver's licenses, and other documents with personal identifying information for individuals other than MARQUEZ. LASD deputies also found three counterfeit USPS arrow keys, three genuine USPS arrow locks, and two USPS parcel locker keys.

7. I also reviewed the evidence collected from MARQUEZ's residence. Based on my review, MARQUEZ had approximately 300 pieces of unopened mail and opened mail, 11 personal checks made payable to individuals other than MARQUEZ, three business checks, one U.S. Treasury check which had been altered to reflect MARQUEZ'S name, one Discover Bank checkbook, four California Driver's Licenses, and approximately 67 access cards, including credit cards and debit cards.

C. **MARQUEZ's Statements Regarding Mail Theft**

8. After MARQUEZ was arrested, he was transported to Lost Hills Sheriff Station where LASD Detective Taylor and I

interviewed him. Prior to asking MARQUEZ any questions, I advised MARQUEZ of his Miranda rights per my agency-issued Miranda card. MARQUEZ acknowledged his Miranda rights and then waived his rights. MARQUEZ also signed a waiver form, along with myself and Detective Taylor as witnesses. The interview was recorded. Based on my interview of MARQUEZ, I learned the following information:

    a. MARQUEZ stated he had been stealing mail for a few months and was still learning. MARQUEZ said he would drive around and steal mail in random areas. MARQUEZ explained that he did not work with anyone and stole the mail for his own use.

    b. MARQUEZ explained that he found the USPS arrow locks at a scrap yard in Pasadena, CA and recognized that they were valuable. He explained that he knew if he could make a key to fit the arrow locks, then he would be able to steal large volumes of mail much more quickly than stealing from individual houses.

    c. I asked MARQUEZ if he was creating counterfeit identifications, and he said he had taken apart one of the stolen driver's licenses to learn how it was made so he could create counterfeits.

    d. MARQUEZ admitted to using the Chase Visa card that was issued to R.M. at a 7-11.

    e. MARQUEZ gave consent to search his digital devices and provided the passcodes. MARQUEZ said that I would find Robocheck searches on both his iPhone and iPad. I know from my training and experience that Robocheck is an internet

forum where identity thieves can search for and purchase personal identifying information for individuals.

## V. CONCLUSION

9. For all the reasons described above, there is probable cause to believe that WILFREDO MARQUEZ has committed a violation of 18 U.S.C. § 1708 (Possession of Stolen Mail).

JARROD J. RESENDEZ
United States Postal Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me this ___ day of January, 2016.

ANDREW J. WISTRICH

HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE